USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APG WORLDWIDE LIMITED,

                Plaintiff,

-against-

PASSFEED INC.,

                Defendant.

1:22-cv-03078-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 29, 2022, this Court granted a motion to compel arbitration and stayed the matter pending arbitration.  [ECF No. 17].  There has been no activity in the above-captioned matter since.

Accordingly, IT IS HEREBY ORDERED that parties shall file a report on the status of the arbitration on or before February 3, 2025.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or other obligations may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

**Date: January 1, 2025**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1