USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APG WORLDWIDE LIMITED,<br><br>      Plaintiff,<br><br>  -against-<br><br>PASSFEED INC.,<br><br>      Defendant. | 1:22-cv-03078-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  On December 29, 2022, this Court granted a motion to compel arbitration and stayed the matter pending arbitration. [ECF No. 17]. On January 1, 2025, the Court ordered parties to file a report on the status of the arbitration. [ECF No. 18]. On February 3, 2025, more than two years after the Court granted the motion to compel arbitration, both parties advised the Court that Plaintiff had not yet filed arbitration but that it intended to "before the end of February 2025." [ECF Nos. 19, 20]. Accordingly, the Court ordered Plaintiff to file a letter, on or before March 3, 2025 to notify the Court whether it had commenced arbitration. [ECF No. 21]. No letter was filed on March 3. On March 4, 2025, Plaintiff advised the Court that arbitration proceedings had been commended. [ECF No. 22.] On the same day, the Court ordered Plaintiff to file a letter by March 11, 2025 to show cause why the case not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and for failure to comply with this Court's orders. [ECF No. 23]. The Court additionally ordered Plaintiff to advise "the Court why significant sanctions, including monetary penalties, should not be imposed on Plaintiff's counsel if this case is not dismissed." [ECF No. 23].

  On March 11, 2025, Plaintiff filed a letter in response to this Court's Order to Show Cause focusing exclusively on the fact Plaintiff filed its previous letter update to the Court on whether

1

arbitration had been commended one day late. However, the Court's Order to Show Cause at ECF No. 23 directed Plaintiff to show cause why the case should not be dismissed for failure to commence the arbitration that had been ordered by the Court more than two years ago. Nonetheless, it appears that arbitration has now been commended.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter sixty days from the date of this Order and every sixty days thereafter advising the Court of the status of and developments in the arbitration.

**The parties are on notice that failure to comply with Court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment**

**SO ORDERED.**

Date: October 27, 2025
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**